(March 18, 1891.)

### SORRENSON v. MEYERS.
[26 Pac. 218.]

APPEAL from the Third District Court, Idaho Territory, Bear Lake County. Following the cause of *Jones v. Meyers.*

Smith & Smith, for Appellant.

R. S. Spence and Hawley & Reeves, for Respondent.

SULLIVAN, C. J.—It is stipulated that the question raised by the appeal in this cause is the same as that raised in the cause of *Jones v. Meyers,* ante, p. 51, 35 Am. St. Rep. 259, 26 Pac. 215 (decided at the present term of this court), and that the decision in this cause abide the decision in said cause of *Jones v. Meyers.* For the reasons stated in the opinion of this court in the said cause of *Jones v. Meyers* the judgment of the court below is affirmed, with costs of this appeal.

Morgan and Huston, JJ., concur.